| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | Order Filed on October 15, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Tara Suzanne Martin<br><br>                               Debtors | Case No.: 17-32985(KCF)<br><br>Adv. No:<br><br>Hearing Date:<br><br>Chapter: 13<br><br>Oral Argument Requested if Objection Filed<br><br>Judge: Kathryn C. Ferguson |

### ORDER APPROVING AND AUTHORIZING FINAL LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED.**

**DATED: October 15, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr., Esq., attorney for the debtor(s), on the debtor(s)' Motion to Approve and Authorize Final Loan Modification, and the Court having considered the debtor(s) Motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this Order, it is hereby

**ORDERED** that the debtor(s) be and hereby are authorized to enter into a loan modification to modify the first mortgage on the debtor(s)' real property located at **572 Duchess Court, Toms River, NJ** and it if further

**ORDERED** that the debtor(s) shall:

____ Satisfy all plan obligations from financing proceeds

__X_ Continue to make payments under the Plan as proposed or confirmed

____ Modify the Plan as follows:


And it is further

**ORDERED** that debtor(s)' counsel shall be allowed a legal fee of $___(to be filed)___ for representation in connection with this Motion, which is to be paid (**choose one**):

____ at closing          __X__ through the plan          ____ outside the plan

And it is further

**ORDERED** that Fed. R. Bankr. P. 6004(g) which provides for a ten (10) day stay of this Order,

____ is applicable          __X__ is not applicable

**ORDERED** that the following other provisions apply:

1. Debtor(s) is granted approval to enter into a permanent loan modification.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. Debtor(s) shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.