Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–32985–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tara Suzanne Martin
aka Tara Susan Poplaski, aka Susan
Poplaski, aka Tara Susan Poplaski–Martin
572 Duchess Court
Toms River, NJ 08753

Social Security No.:
xxx–xx–5136

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 6, 2018.

On 10/23/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date: November 28, 2018
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 23, 2018
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-32985-KCF
Tara Suzanne Martin                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2           Date Rcvd: Oct 23, 2018
                              Form ID: 185           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db              +Tara Suzanne Martin,    572 Duchess Court,    Toms River, NJ 08753-4562
517175754       +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517175756       +Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
517175759       +KML Law Group,    216 Haddon Avenue,    Suite 206,    Collingswood, NJ 08108-1120
517175761       +Specialized Loan Servicing LLC,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
517175762       +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517175763       +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517205461       +The Bank of New York Mellon Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517175764       +Toms River MUA,    340 West Water Street,    Toms River, NJ 08753-6533
517175765       +Toms River Tax Collector,    PO Box 607,    Toms River, NJ 08754-0607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2018 00:19:07      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2018 00:19:05      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517175755        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 24 2018 00:19:18      American Honda Finance,
                  Po Box 168088,    Irving, TX 75016
517196950        E-mail/Text: ebn@rwjbh.org Oct 24 2018 00:19:40      Community Medical Center,    PO Box 29969,
                  New York, NY 10087-9969
517175757       +E-mail/Text: bankruptcy@sccompanies.com Oct 24 2018 00:20:17      Country Door/Swiss Colony,
                  Attn:Bankruptcy,    Po Box 2830,    Monroe, WI 53566-8030
517175758        E-mail/Text: cio.bncmail@irs.gov Oct 24 2018 00:18:27      Internal Service Revenue,
                  PO Box 7346,    Philadelphia, PA 19101-7346
517190982        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2018 00:22:33
                  Portfolio Recovery Associates, LLC,    c/o Lane Bryant,    POB 41067,   Norfolk VA 23541
517175760       +E-mail/Text: bankruptcy@savit.com Oct 24 2018 00:20:08      Savit Coll,    Po Box 250,
                  East Brunswick, NJ 08816-0250
517227185        E-mail/Text: pacer@cpa.state.tx.us Oct 24 2018 00:19:42
                  Texas Comptroller of Public Accounts,    Revenue Accounting Division,    P.O. Box 13528,
                  Austin, TX 78711-3528
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             +Specialized Loan Servicing, LLC,    8742 Lucent Blvd.,    Suite 300,   Littleton, CO 80129-2386
517227184*      +Toms River MUA,    340 West Water St.,    Toms River, NJ 08753-6533
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES
               2006-15 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES
               2006-15 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Tara Suzanne Martin bkwoliver@aol.com,
               R59915@notify.bestcase.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 23, 2018
                              Form ID: 185             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 5